

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

United States Attorney's Office
610 Federal Plaza
Central Islip, New York 11722-4454

February 12, 2013

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB 22 2013 ★
LONG ISLAND OFFICE

By Hand and ECF

The Honorable Joseph F. Bianco
United States District Judge
United States Courthouse
924 Federal Plaza
Central Islip, New York   11722

   Re: United States v. Rohit Gulati
     Criminal Docket No. 11 CR 581(JFB)

Dear Judge Bianco:

   The government requests that this matter be scheduled for sentencing on March 8, 2013 at 2:30 p.m.  Thank you for your consideration of this request.

            Respectfully submitted,

            LORETTA E. LYNCH
            United States Attorney

        By: _____
           Allen Bode
           Assistant U.S. Attorney
           (631) 715-7828

cc: Christopher Renfroe, Esq.

*Request granted. Sentencing is adjourned to March 8, 2013, at 2:30 pm.*

SO ORDERED:

/s/ Joseph F. Bianco
USDJ

Date: Feb. 22, 2013
Central Islip, N.Y.